February 10, 1983. John Joseph Cerra, for appellant; William H. Platt, District Attorney, for Commonwealth, appellee.

Before BROSKY, CIRILLO and LIPEZ, JJ.

Order affirmed.

461 A.2d 868

Commonwealth v. Williams, Appellant.

Submitted October 18, 1982. Lee Mandell, for appellant; Gaele M. Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, BECK and MONTEMURO, JJ.

Affirmed.

461 A.2d 868

Commonwealth v. Williams, Appellant.

Submitted January 27, 1983. James Lee Goldsmith, for appellant; William A. Behe, Deputy District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, CIRILLO and WATKINS, JJ.

Order affirmed.

461 A.2d 869

Commonwealth v. Wongus, Appellant.

Argued February 17, 1983. Daniel H. Greene, for appellant; Mariana Coleman Sorensen, Assistant District Attorney, for Commonwealth, appellee.

Before CIRILLO, JOHNSON and MONTEMURO, JJ.

Judgment of sentence affirmed.

461 A.2d 869

Commonwealth v. Wyatt, Appellant.

Submitted February 17, 1983. Buford W. Tatum, II, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before CIRILLO, JOHNSON and MONTEMURO, JJ.

Judgment of sentence affirmed.